IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD MELK, individually and as executor of the estate of MARTHA MELK | : : : : | CIVIL ACTION |
|---|---|---|
| v. | : : : | NO. 16-5570 |
| PULTE HOME CORPORATION OF THE DELAWARE VALLEY, et al. | : : | |

ORDER

AND NOW, this 23rd day of August, 2017, for the reasons set forth in accompanying memorandum, it is hereby ORDERED that:

1) the motion of plaintiff Ronald Melk to "remand matter back to state court based upon lack of diversity jurisdiction" (Doc. # 72) is GRANTED; and

2) the action is remanded to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

/s/ Harvey Bartle III
                        J.